IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SE PROPERTY HOLDINGS, LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 11-0163-CG-M |
| | ) |
| FOLEY AND BARNES, LLC, an | ) |
| Alabama Limited Liability Company; | ) |
| JOHN B. FOLEY, IV, individually; | ) |
| and R. JEFFREY BARNES, | ) |
| individually, | ) |

**FINAL JUDGMENT**

In accordance with the court's order entered this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor plaintiff, SE Property Holdings, LLC, and against defendants, Foley and Barnes, LLC, John B. Foley, IV, and R. Jeffrey Barnes.  The plaintiff is awarded damages in the amount of $238,030.23, consisting of $196,563.51 in unpaid principal and $41,466.72 in unpaid interest through February 27, 2012, plus interest accrued at 18% per annum from February 27, 2012 through the date of this judgment. Plaintiff is further awarded attorney's fees in the amount of $13,019.00, costs and expenses in the amount of $390.81, and expert fees in the amount of $275.00.  Post-judgment interest is awarded at the statutory rate of .18% pursuant to 28 U.S.C. § 1961.

    **DONE and ORDERED** this 20th day of April, 2012.

                                                      /s/  Callie V. S. Granade
                                                      UNITED STATES DISTRICT JUDGE